**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10466 (SCC)<br><br>(Jointly Administered) |
| RUNWAY LIQUIDATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RL CRISS CROSS INC.,<br><br>Defendant. | Adv. Proc. No. 19-01060 (SCC) |

**ORDER GRANTING MOTION FOR DEFAULT**
**JUDGMENT AGAINST RL CRISSCROSS INC.**

Upon the Motion for Default Judgment ("the Motion"), dated August 27, 2019 of plaintiff, Runway Liquidation, LLC (the "Plaintiff") seeking entry of a default judgment against defendant RL Crisscross Inc. ("Defendant") and default having been entered against Defendant on July 30, 2019, and upon consideration of the Motion and the accompanying Affidavit of Sum Certain and Affidavit of Beth E. Levine, and due and proper notice of the Motion having been given, and a hearing on the Motion having taken place on October 2, 2019, and after due deliberation and sufficient cause appearing therefore;

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted in all respects.

2. Plaintiff is awarded judgment against Defendant.

3. The Clerk of the Court is directed to enter judgment against defendant RL Crisscross Inc. in the amount of $142,229.17 plus judgment interest from the date of entry of judgment at the federal judgment rate until paid in full.

Dated: New York, New York
October 7, 2019

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE